AO 243 (Rev. 09/17)

### MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District For the Disctrict of Columbia | |
|---|---|---|
| Name *(under which you were convicted)*: <br> Daniel Michael Morrissey | | Docket or Case No.: <br> 21-660 |
| Place of Confinement: <br> Probation | | Prisoner No.: |
| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* | |
| | V. Daniel Michael Morrissey | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   UNITED STATES FEDERAL COURT DISTRICT OF COLUMBIA
   333 CONSTITUTION AVE., N.W.
   WASHINGTON D.C. 20001
   (b) Criminal docket or case number (if you know): 1:21-cr-00660-RBW

2. (a) Date of the judgment of conviction (if you know): 2/24/22
   (b) Date of sentencing: 8/16/22 & 4/10/24 (resentencing)

3. Length of sentence: 36-months of probation

4. Nature of crime (all counts):

   18 U.S.C. § 1752(a)(1)
   18 U.S.C. § 1752(a)(2)
   40 U.S.C. §5104(e)(2)(6)
   40 U.S.C. § 5104(e)(2)(D)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   PLEA GUILTY TO 40 U.S.C. § 5104(e)(2)(6)
   DID NOT PLEAD GUILTY TO THE OTHER THREE COUNTS.

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9. If you did appeal, answer the following:

   (a) Name of court: _____

   (b) Docket or case number (if you know): _____

   (c) Result: RESENTENCED ON 4/10/24

   (d) Date of result (if you know): _____

   (e) Citation to the case (if you know): SENTENCE BASED ON U.S. v. LITTLE

   (f) Grounds raised:

   I CANNOT BE PUNISHED WITH BOTH PRISON TIME, AND PROBATION BASED ON CHARGES.

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

   If "Yes," answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

   Yes ☒    No ☐

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: U.S. FEDERAL COURT DISTRICT OF COLOMBIA

      (2) Docket or case number (if you know): SAME

      (3) Date of filing (if you know): 7/14/22

AO 243 (Rev. 09/17)

(4)  Nature of the proceeding: STATUS HEARING - JUDGE WALTON 7/14/22

(5)  Grounds raised:

BOTH SOLIS ETORTOTICE WERE, AND STILL
ARE WITHOLDING BRADY VIDEOS, WHICH EXONERATE
ME.

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

     Yes ☒    No ☐

(7)  Result: THE COURT TOLD ME THESE VIDEOS DO NOT EXIST.

(8)  Date of result (if you know): 7/14/22

(b)  If you filed any second motion, petition, or application, give the same information:

     (1)  Name of court: _____

     (2)  Docket of case number (if you know): _____

     (3)  Date of filing (if you know): _____

     (4)  Nature of the proceeding: _____

     (5)  Grounds raised:

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

     Yes ☐    No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

     (1)  First petition:    Yes ☒    No ☐

     (2)  Second petition:   Yes ☐    No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

MR. AXAM WOULD NOT ALLOW ME TO RAISE THE BRADY
VIDEOS.

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Due Process 5th & 14th Amendment

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SEE ATTACHMENT

    (b) **Direct Appeal of Ground One:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?

            Yes ☐    No ☒

        (2) If you did not raise this issue in your direct appeal, explain why:

MR. ATAN WOULD NOT ALLOW ME TO.

    (c) **Post-Conviction Proceedings:**

        (1) Did you raise this issue in any post-conviction motion, petition, or application?

            Yes ☒    No ☐

        (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: LETTERS TO JUDGE WALTON

Name and location of the court where the motion or petition was filed:

U.S. FEDERAL COURT DISTRICT OF COLUMBIA.

Docket or case number (if you know): SAME

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available):

SEE LETTERS ADDED TO DOCKET

        (3) Did you receive a hearing on your motion, petition, or application?

            Yes ☐    No ☒

AO 243 (Rev. 09/17)

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☒

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND TWO:**   VIOLATION of 6th AMENDMENT RIGHT
THE ASSISTANCE OF COUNSEL

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

SEE ATTACHMENT


(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☒

AO 243 (Rev. 09/17)

(2) If you did not raise this issue in your direct appeal, explain why:

MR. AYAN WOOLI) NOT ALLOW ME TO.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☒    No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: LETTERS TO JUDGE WALTON

Name and location of the court where the motion or petition was filed:

U.S. FEDERAL COURT. DISTRICT OF COLUMBIA

Docket or case number (if you know): SAME

Date of the court's decision: NONE

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

SEE DOCKET

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:**  VIOLATION OF 8TH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT

    (a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

SEE ATTACHMENT

    (b) **Direct Appeal of Ground Three:**

        (1)  If you appealed from the judgment of conviction, did you raise this issue?

            Yes ☐    No ☒

        (2)  If you did not raise this issue in your direct appeal, explain why:

MR. AXAU WOULD NOT ALLOW ME TO.

    (c) **Post-Conviction Proceedings:**

        (1)  Did you raise this issue in any post-conviction motion, petition, or application?

            Yes ☒    No ☐

        (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:  LETTERS TO JUDGE WALTON

Name and location of the court where the motion or petition was filed:

U.S. FEDERAL COURT DISTRICT COLUMBIA

Docket or case number (if you know):  SAME

Date of the court's decision:  NONE

Result (attach a copy of the court's opinion or order, if available):

SEE DOCKET

        (3)  Did you receive a hearing on your motion, petition, or application?

            Yes ☐    No ☒

        (4)  Did you appeal from the denial of your motion, petition, or application?

            Yes ☐    No ☒

        (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

            Yes ☐    No ☐

AO 243 (Rev. 09/17)

(6)    If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)    If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND FOUR:    N/A

_____

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?
      Yes ☐      No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?
      Yes ☐      No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

NONE

AO 243 (Rev. 09/17)

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
      why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

      N/A

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
      A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run
      from the latest of –
            (1)   the date on which the judgment of conviction became final;
            (2)   the date on which the impediment to making a motion created by governmental action in violation of
            the Constitution or laws of the United States is removed, if the movant was prevented from making such a
            motion by such governmental action;
            (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
            been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
            review; or
            (4)   the date on which the facts supporting the claim or claims presented could have been discovered
            through the exercise of due diligence.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

ANTHONY SOLIS

(b) At the arraignment and plea:

ANTHONY SOLIS

(c) At the trial:

N/A

(d) At sentencing:

ANTHONY SOLIS

(e) On appeal:

TONY AXAM

(f) In any post-conviction proceeding:

DANIEL MICHAEL MORRISSEY

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☒

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

VACATE JUDGEMENT

or any other relief to which movant may be entitled.

(PRo Se)

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____11___08___2024_____.

(month, date, year)

Executed (signed) on __11/8/24_____ (date)

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.