IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA *Plaintiff*,

v.

DANIEL MICHAEL MORRISSEY *Defendant*.

Case No.: 1:21-cr-00660-RBW

**MOTION FOR INQUIRY: FACTS NOT IN EVIDENCE REGARDING ECF NO. 86 DISPARITY**

**COMES NOW**, the Defendant, Daniel Michael Morrissey, *pro se*, to formally place on the record the material physical disparity between the Motion to Vacate Sentence (28 U.S.C. § 2255) submitted to this Court and the "scrubbed" skeleton entry that currently appears as **ECF No. 86**.

The current docket entry is legally insufficient and factually inaccurate. The Defendant submits the following **FedEx Proof of Delivery** and **Inventory of Suppressed Record** to demonstrate that the Clerk is in possession of a **complete filing** that has been withheld from the public docket.

## I. THE PHYSICAL EVIDENCE (CHAIN OF CUSTODY)

The Defendant submitted the § 2255 Motion via Federal Express (FedEx) Hard Copy. The carrier's independent record irrefutably contradicts the docket's representation of a single-page or "skeleton" filing.

- **Tracking Number:** 779835033413
- **Date Delivered:** November 9, 2024, at 9:52 AM
- **Signed By:** B. DAVIS
- **Shipment Weight: 1.0 LB**

## II. INVENTORY OF THE MISSING RECORD

The following substantive sections were contained within the 1.0 lb shipment signed for by B. Davis but are absent from ECF No. 86. The following page counts were submitted and suppressed:

- **Executive Summary (6 ages):**
    - Summarizes the structural fraud, "Color of Law" violations, and the breakdown of the adversarial system.
- **Ground One: Due Process (45 Pages):**
    - **Suppressed Evidence:** Details the specific suppression of the "Entry Video" (Columbus Doors, 2:27 PM).

- o **Prosecutorial Misconduct:** Documents the false statements made by AUSA Tortorice on the record regarding the existence of said video.
- **Ground Two: Procedural Due Process (19 Pages):**
  - o **The "Domestic Terrorist" Designation:** Contains evidence regarding **FBI Form FD-1057**.
  - o **Extra-Judicial Punishment:** Details how Agents Troolines and Strongin used this designation to freeze assets and destroy credit prior to conviction.
- **Ground Three: Ineffective Assistance of Counsel — Part One (27 Pages):**
  - o **Failure to Investigate:** Details Anthony Solis's failure to secure the video evidence he admitted in writing existed.
- **Ground Three: Ineffective Assistance of Counsel — Part Two (37 Pages):**
  - o **Conflict of Interest:** Details the abandonment of the "Necessity" defense and the conspiracy to coerce a plea.
- **Ground Four: Cruel and Unusual Punishment (17 Pages)**

**TOTAL SUBMISSION: 151 PAGES.**

## III. THE DISPARITY

**ECF No. 86 omits the key executive summary for each area, failing to reflect the core of substantive arguments submitted to the Court.**

This proves that the active suppression of evidence by the Court is a willful, deliberate attempt to bury the truth, which is a violation of my Due Process. **I have come to expect this by now**. However, when it pleased the Court *sua sponte* in ECF No. 110, **the Court miraculously** located the executive summary for my substantial, well-documented claim of a **confessed conspiracy between Anthony Solis and Christopher Tortorice**. The Court cannot suppress evidence in ECF No. 86 only to selectively resurrect it in ECF No. 110 to serve its own narrative.

**Total Page Count on ECF No. 86-1: 50 pages**

## IV. CONCLUSION

In July of 2025, I was able to access PACER and have conducted a forensic audit of the documents and legal abnormalities in Case No. 1:21-cr-660-RBW. This was a Soviet Show Trial.

Once upon a time, I thought I lived in a free country where I had rights guaranteed to me by the Constitution. I now realize George Carlin was right: **"They call it the American Dream because you have to be asleep to believe it."** I am notifying the Court: **I am wide awake now.**

**WHEREFORE**, the Defendant requests that the Clerk be ordered to **IMMEDIATELY** scan and upload the full **151 pages** of my 2255 to reflect the content of the filing.

Respectfully submitted,

**Daniel Michael Morrissey, MBA** *Pro Se*